**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RANDI SIERRA HAMILTON (2),<br><br>Defendant. | Case No.: 14-CR-3647-BEN-2<br><br>**ORDER GRANTING MOTION TO DISMISS; JUDGMENT OF DISMISSAL; EXONERATION OF BOND** |

Upon motion of the United States of America and good cause appearing, the Information in the above-entitled case is dismissed without prejudice as to Randi Sierra Hamilton, Defendant No. 2. Bond is hereby exonerated.

IT IS SO ORDERED.

DATED: 1/28/15

HONORABLE ROGER T. BENITEZ
United States District Judge